IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:07cv00243

JANET JOYNER and )
CONSTANCE LYNN BLACKMON, )
)
    Plaintiffs )
) JOINT MOTION TO SCHEDULE
v. ) ORAL ARGUMENT
)
FORSYTH COUNTY, )
NORTH CAROLINA )
)
    Defendant )
)

    Now come the parties, Plaintiffs and Defendant herein, through their respective attorneys of record, who jointly and respectfully move this Court to schedule oral argument in the above-captioned case on the parties' cross-motions for summary judgment [Docs. 63 & 79]. Because this case involves a significant dispute regarding the interpretation of the First Amendment to the United States Constitution, the parties believe that oral argument may be beneficial to the Court.

Respectfully submitted this 26th day of May, 2009.

*Attorney for Plaintiffs, Janet Joyner and Constance Lynn Blackmon*

/s/ Katherine Lewis Parker
Katherine Lewis Parker
NC Bar No. 36263
Legal Director, American Civil Liberties Union of
North Carolina Legal Foundation
Post Office Box 28004
Raleigh, North Carolina 27611
Telephone: (919) 834-3466
Facsimile: (919) 828-3265
Email: acluncklp@nc.rr.com

*Attorneys for Defendant, Forsyth County, North Carolina*

/s/ J. Michael Johnson
J. Michael Johnson*
Senior Legal Counsel
Alliance Defense Fund
Lead Counsel for Defendant
P.O. Box 52954
Shreveport, Louisiana 71135
Phone: (318) 459-2239
Email: mjohnson@telladf.org
Licensed to practice in LA

David A. Cortman
David A. Cortman*
Senior Legal Counsel
Alliance Defense Fund
Counsel for Defendant
1000 Hurricane Shoals Rd. D-600
Lawrenceville, GA 30043
Phone: (770) 339-0774
Email: dcortman@telladf.org
Licensed to practice in FL and GA

/s/ Bryce D. Neier
Bryce D. Neier
Local NC Counsel
Allied Attorney with ADF
The Law Office of Bryce D. Neier
P.O. Box 87164
Fayetteville, NC 28304
Phone: (910) 423-5000
Email: bryceneier@aol.com
NC State Bar No. 19206

David Gibbs*
Barbara Weller*
The Gibbs Law Firm
Counsel for Defendant
5666 Seminole Blvd., Suite 2
Seminole, FL 33772
Phone: 727-399-8300
Email: dgibbs@gibbsfirm.com
       bweller@gibbsfirm.com
Gibbs licensed to practice in FL, ND,
Weller licensed to practice in FL

*\* By special appearance pursuant to LR 83.1(d)*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:07cv00243

| | |
|---|---|
| JANET JOYNER and<br>CONSTANCE LYNN BLACKMON,<br><br>Plaintiffs<br><br>v.<br><br>FORSYTH COUNTY,<br>NORTH CAROLINA<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>) |

The undersigned attorneys hereby certify that on May 26, 2009, they conferred and mutually agreed upon the foregoing Joint Motion to Schedule Oral Argument, and the same was then filed electronically with the Clerk of Court, by Katherine Lewis Parker, using the CM/ECF system, which will send notification of such filing to all counsel of record.

*Attorney for Plaintiffs, Janet Joyner and Constance Lynn Blackmon*

/s/ Katherine Lewis Parker
Katherine Lewis Parker
NC Bar No. 36263
Legal Director, American Civil Liberties Union of
North Carolina Legal Foundation
Post Office Box 28004
Raleigh, North Carolina 27611
Telephone: (919) 834-3466
Facsimile: (919) 828-3265
Email: aclunncklp@nc.rr.com

*Attorneys for Defendant, Forsyth County, North Carolina*

/s/ J. Michael Johnson
J. Michael Johnson*
Senior Legal Counsel
Alliance Defense Fund
Lead Counsel for Defendant
P.O. Box 52954
Shreveport, Louisiana 71135
Phone: (318) 459-2239
Email: mjohnson@telladf.org
Licensed to practice in LA

David A. Cortman
David A. Cortman*
Senior Legal Counsel
Alliance Defense Fund
Counsel for Defendant
1000 Hurricane Shoals Rd. D-600
Lawrenceville, GA 30043
Phone: (770) 339-0774
Email: dcortman@telladf.org
Licensed to practice in FL and GA

/s/ Bryce D. Neier
Bryce D. Neier
Local NC Counsel
Allied Attorney with ADF
The Law Office of Bryce D. Neier
P.O. Box 87164
Fayetteville, NC 28304
Phone: (910) 423-5000
Email: bryceneier@aol.com
NC State Bar No. 19206

David Gibbs*
Barbara Weller*
The Gibbs Law Firm
Counsel for Defendant
5666 Seminole Blvd., Suite 2
Seminole, FL 33772
Phone: 727-399-8300
Email: dgibbs@gibbsfirm.com
 bweller@gibbsfirm.com
Gibbs licensed to practice in FL, ND,
Weller licensed to practice in FL

*By special appearance pursuant to LR 83.1(d)*