# *UNITED STATES DISTRICT COURT*

MIDDLE DISTRICT OF NORTH CAROLINA

Janet Joyner, et. al.

v.                                              Case Number: 1:07CV00243

Forsyth County, North Carolina

# <u>**N O T I C E**</u>

**Take notice** that a proceeding in this case has been set/reset as indicated below:

|  |  |
|---|---|
| **PLACE:** | **U.S. Courthouse, 324 W. Market Street** |
| | **Greensboro, NC 27401** |
| **COURTROOM NO.:** | **G1A** |
| **DATE AND TIME:** | **October 14, 2009 at 10:30 a.m.** |
| **PROCEEDING:** | **Oral Argument on Summary Judgment Motions** |

---

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date: June 8, 2009

TO:     ALL COUNSEL AND/OR PARTIES OF RECORD