IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JANET JOYNER and )
CONSTANCE LYNN BLACKMON, )
)
        Plaintiffs, )
)
    v. ) 1:07CV243
)
FORSYTH COUNTY, NORTH )
CAROLINA, )
)
        Defendant. )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously herewith, and in the Recommendation of the Magistrate Judge filed on November 9, 2009,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Summary Judgment [Doc. #63] is GRANTED and Defendant's Motion for Summary Judgment [Doc. #79] is DENIED. IT IS DECLARED that Defendant's invocation Policy, as implemented, violates the Establishment Clause of the Constitution, and Defendant is ENJOINED from continuing the Policy as it is now implemented.

This, the 28th day of January, 2010.

                                                                            United States District Judge