IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO:1:07cv00243

| | |
|---|---|
| JANET JOYNER and ) | |
| CONSTANCE LYNN BLACKMON ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NOTICE OF APPEAL |
| v. ) | |
| ) | |
| FORSYTH COUNTY, NORTH ) | |
| CAROLINA, ) | |
| ) | |
| Defendant ) | |

Notice is hereby given that Defendant Forsyth County, North Carolina in the above named case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment/order entered January 28th, 2010 (Doc # 99) granting summary judgment for Plaintiffs (Doc #63) and adopting the Magistrate's Recommendation entered November 9, 2009 (Document # 95), and denying Defendant's Motion for Summary Judgment (Doc # 79).

/s/ Bryce D. Neier
Bryce D. Neier
NC Counsel for Defendant
The Law Office of Bryce D. Neier
PO Box 87164
Fayetteville, NC 28304
Phone:910.423.5000
FAX:910.423.5506
Email:bryceneier@aol.com
NC State Bar No: 19206

/s/ J. Michael Johnson
J. Michael Johnson
The Alliance Defense Fund
Senior Legal Counsel for Alliance Defense Fund
Lead Counsel for Defendant
PO Box 52954
Shreveport, LA 71135
Phone :318.603.1435
FAX:318.603.1437
Licensed to practice in LA
Admitted LR83.1(d)

/s/David A. Cortman
David A. Cortman
Counsel for Defendant
The Alliance Defense Fund
Senior Legal Counsel for Alliance Defense Fund
1000 Hurricane Shoals Rd, D-600
Lawrenceville, GA 30043
Phone:770.339.0774/FAX:770.339.6744
Email:dcortman@telladf.org
Licensed to practice law in Florida , Georgia and District of Columbia.
Admitted LR83.1(d)

/s/ David Gibbs
David Gibbs
The Gibbs Law Firm
Counsel for Defendant
5666 Seminole Blvd, Suite 2
Seminole, FL 33772
Phone: 727.399.8300
Email: dgibbs@gibbslawfirm.com
Admitted LR83.1(d)
Gibbs licensed to practice in FL, ND, MN,CO, TX ,OH and District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JANET JOYNER and CONSTANCE BLACKMON | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) CERTIFICATE OF SERVICE<br>) |
| FORSYTH COUNTY, NORTH CAROLINA, | )<br>)<br>) |
| Defendant | ) |

I, hereby certify that on February 24, 2010, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the Attorney for Plaintiffs, Ms. Katherine Lewis Parker. I further certify that I placed a hard copy of said documents in a US Mail depository, first class prepaid , and mailed to Attorney for Plaintiffs, Ms. Katherine Lew Parker at ACLU of North Carolina, PO Box 28004, Raleigh, NC 27611-1344 on February 25, 2010.

Respectfully submitted by :

/s/ Bryce D. Neier
Bryce D. Neier
NC Counsel for Defendant
The Law Office of Bryce D. Neier
PO Box 87164
Fayetteville, NC 28304
Phone:910.423.5000
FAX:910.423.5506
Email:bryceneier@aol.com
NC State Bar No: 19206