| | | |
|---|---|---|
| 4cca-30  REV. 10/30/07   T R A N S M I T T A L   S H E E T (Notice of Appellate Action) | | |
| ✓ Notice of Filing<br>___ Cross Appeal<br>___ Interlocutory Appeal<br>___ Additional NOA<br>___ Amended NOA<br>___ Transmittal of Record<br>___ Transmittal of Certif.<br>___ Supplement to ROA<br>___ Supplemental Certif.<br>___ Other | UNITED STATES DISTRICT COURT<br>for the<br>Middle DISTRICT OF NC<br>at GREENSBORO<br>Caption:<br><br>JANET JOYNER, et al.<br>v.<br>FORSYTH COUNTY, NORTH CAROLINA | District Court No.:<br>1:07-cv-00243<br><br>4CCA No.:<br><br>Consolidated with No.:<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 02/24/2010 | 4. Fees<br>___ USA no fee required<br>$5 filing fee: ✓ paid ___ unpaid<br>$450 docket fee: ✓ paid ___ unpaid<br>Pauper status: ___ granted ___ denied ___ pending in dist.ct.<br>Does PLRA Apply? ___ Yes ___ No  3-strikes? ___Yes ___No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 2. Amended NOA filed: | |
| 3. District Judge:<br>JUDGE JAMES A. BEATY, JR. | 5. Materials Under Seal in District Court: ___ Yes ✓ No<br>Party Names Under Seal in District Court: ___ Yes ✓ No |
| 6. Court Reporter(s)(list all):<br>JANE CALHOUN<br><br>Coordinator:<br>GLORIA POWELL | 7. Criminal/Prisoner Cases<br>___ recalcitrant witness   Defendant's Address:<br>___ on death row<br>___ in custody<br>___ on bond<br>___ on probation |

**Part II**   TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
☐ ORIGINAL RECORD    ☐ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| ☐ **PRO SE:** Automatically transmit assembled electronic record to 4CCA in pro se cases. Does electronic record include all filings?<br>☐ YES   ☐ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____ | ☐ **PRO SE:** Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): _____ |
| ☐ **COUNSELED:** Available for transmittal<br>In-court hearing(s) held? ___ YES ___ NO<br>All transcript on file? ___ YES ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. | ☐ **COUNSELED:** Available for transmittal<br>In-court hearing(s) held? ___ YES ___ NO<br>All transcript on file? ___ YES ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk: Trina Law    Phone: 336-332-6030    Date: 02/25/10