IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:07CV00243

JANET JOYNER and            )
CONSTANCE LYNN BLACKMON      )
                            )
        Plaintiffs          )
                            )
v.                          )
                            )
                            )
                            )
FORSYTH COUNTY,             )
NORTH CAROLINA              )
                            )
        Defendant           )
                            )

## JOINT MOTION TO STAY PROCEEDINGS RELATING TO PLAINTIFFS' MOTION FOR COSTS, ATTORNEYS' FEES AND RELATED EXPENSES

The parties, Plaintiffs and Defendant, by undersigned counsel, jointly and respectfully move this Court for an Order staying proceedings in this Court relating to the Plaintiffs' forthcoming Motion for Costs, Attorneys' Fees and Related Expenses pending resolution of the appeal on the merits taken by Defendant from this Court's Order and Judgment entered herein. As grounds, the parties state:

1.    Defendant has appealed to the Fourth Circuit Court of Appeals this Court's Order (Doc. 99) and the January 28, 2010 Judgment (Doc. 100) granting equitable relief on which the Order is based.

2.     Based on the Order entered herein, Plaintiffs are the prevailing parties for purposes of an award of attorneys' fees and expenses under 42 U.S.C. § 1988 and statutory costs pursuant to Fed.R.Civ.P. 54.  And based on the Order, Plaintiffs' cost and fee motion must be filed on or before March 29, 2010.  Local Rule 54.2.

3.     As a matter of judicial economy and efficiency, proceedings in this Court related to attorneys' fees and litigation expenses pursuant to 42 U.S.C. § 1988 and statutory costs should be stayed pending the resolution of Defendant's appeal on the merits.  If Plaintiffs prevail on appeal, then the issue of fees and costs, as well as Plaintiffs' appellate fees and costs, may be addressed after remand in a single proceeding before this Court.  If Plaintiffs do not prevail on appeal, their entitlement to fees and costs will have been extinguished and any work undertaken by this Court and counsel for the parties on the issues of fees and costs in advance of the resolution of the appeal will have been wasted.

4.     No undue delay or prejudice will result from the grant of this Motion.

**WHEREFORE,** Plaintiffs and Defendant respectfully request this Court grant the relief sought herein and enter its order that the time for Plaintiffs to file their Motion for Attorneys' Fees and Related Expenses be stayed until 60 days after the date the mandate from the appellate court is returned to this Court.

2

Respectfully submitted this 10th day of March, 2010,

*Attorney for Plaintiffs, Janet Joyner and Constance Lynn Blackmon*

/s/ Katherine Lewis Parker
Katherine Lewis Parker
NC Bar No. 36263
Legal Director, American Civil Liberties Union of
North Carolina Legal Foundation
Post Office Box 28004
Raleigh, North Carolina 27611
Telephone: (919) 834-3466
Facsimile: (919) 828-3265
Email: acluncklp@nc.rr.com


*Attorneys for Defendant, Forsyth County, North Carolina*

| | |
|---|---|
| /s/ J. Michael Johnson | /s/ Bryce D. Neier |
| J. Michael Johnson* | Bryce D. Neier |
| Senior Legal Counsel | Local NC Counsel |
| Alliance Defense Fund | Allied Attorney with ADF |
| Lead Counsel for Defendant | The Law Office of Bryce D. Neier |
| P.O. Box 52954 | P.O. Box 87164 |
| Shreveport, Louisiana 71135 | Fayetteville, NC 28304 |
| Phone: (318) 459-2239 | Phone: (910) 423-5000 |
| Email: mjohnson@telladf.org | Email: bryceneier@aol.com |
| Licensed to practice in LA | NC State Bar No. 19206 |
| | |
| David A. Cortman | David Gibbs* |
| David A. Cortman* | Barbara Weller* |
| Senior Legal Counsel | The Gibbs Law Firm |
| Alliance Defense Fund | Counsel for Defendant |
| Counsel for Defendant | 5666 Seminole Blvd., Suite 2 |
| 1000 Hurricane Shoals Rd. D-600 | Seminole, FL 33772 |
| Lawrenceville, GA 30043 | Phone: 727-399-8300 |
| Phone: (770) 339-0774 | Email: dgibbs@gibbsfirm.com |
| Email: dcortman@telladf.org | bweller@gibbsfirm.com |
| Licensed to practice in FL and GA | Gibbs licensed to practice in FL, ND, |
| | Weller licensed to practice in FL |

*\* By special appearance pursuant to LR 83.1(d)*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:07cv00243

JANET JOYNER and )
CONSTANCE LYNN BLACKMON, )
)
Plaintiffs )
)
v. )           CERTIFICATE OF SERVICE
)
FORSYTH COUNTY, )
NORTH CAROLINA )
)
Defendant )
_____ )

The undersigned attorneys hereby certify that on March 10, 2010, they conferred and mutually agreed upon the foregoing Joint Motion to Stay Proceedings Related to Attorneys' Fees, and the same was then filed electronically with the Clerk of Court, by Katherine Lewis Parker, using the CM/ECF system, which will send notification of such filing to all counsel of record.

*Attorney for Plaintiffs, Janet Joyner and Constance Lynn Blackmon*

/s/ Katherine Lewis Parker
Katherine Lewis Parker
NC Bar No. 36263
Legal Director, American Civil Liberties Union of
North Carolina Legal Foundation
Post Office Box 28004
Raleigh, North Carolina 27611
Telephone: (919) 834-3466
Facsimile: (919) 828-3265
Email: acluncklp@nc.rr.com

4

*Attorneys for Defendant, Forsyth County, North Carolina*

/s/ J. Michael Johnson
J. Michael Johnson*
Senior Legal Counsel
Alliance Defense Fund
Lead Counsel for Defendant
P.O. Box 52954
Shreveport, Louisiana 71135
Phone: (318) 459-2239
Email: mjohnson@telladf.org
Licensed to practice in LA

David A. Cortman
David A. Cortman*
Senior Legal Counsel
Alliance Defense Fund
Counsel for Defendant
1000 Hurricane Shoals Rd. D-600
Lawrenceville, GA 30043
Phone: (770) 339-0774
Email: dcortman@telladf.org
Licensed to practice in FL and GA

/s/ Bryce D. Neier
Bryce D. Neier
Local NC Counsel
Allied Attorney with ADF
The Law Office of Bryce D. Neier
P.O. Box 87164
Fayetteville, NC 28304
Phone: (910) 423-5000
Email: bryceneier@aol.com
NC State Bar No. 19206

David Gibbs*
Barbara Weller*
The Gibbs Law Firm
Counsel for Defendant
5666 Seminole Blvd., Suite 2
Seminole, FL 33772
Phone:  727-399-8300
Email: dgibbs@gibbsfirm.com
        bweller@gibbsfirm.com
Gibbs licensed to practice in FL, ND,
Weller licensed to practice in FL

*By special appearance pursuant to LR 83.1(d)*