IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:07cv243

| | |
|---|---|
| JANET JOYNER and CONSTANCE LYNN BLACKMON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FORSYTH COUNTY, NORTH CAROLINA, )<br>)<br>Defendant. ) | ORDER |

This matter is before the Court on the Parties' Joint Motion to Stay Proceedings Relating to Plaintiffs' forthcoming Motion for Costs, Attorneys' Fees and Related Expenses pending resolution of the appeal on the merits taken by Defendant (Document Number 104).

**IT IS ORDERED** that the Joint Motion to Stay Proceedings Relating to Plaintiffs' Motion for Costs, Attorneys' Fees and Related Expenses is granted.

This, the 30th day of March, 2010.

/s/ James A. Beaty
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:07cv00243

| | |
|---|---|
| JANET JOYNER and ) | |
| CONSTANCE LYNN BLACKMON, ) | |
| ) | |
| Plaintiffs ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| FORSYTH COUNTY, ) | |
| NORTH CAROLINA ) | |
| ) | |
| Defendant ) | |
| _____) | |

    I, the undersigned, certify that this proposed order regarding Document Filing Number 104, was electronically mailed to the presiding United States District Judge assigned to these matters and electronically mailed to all parties or counsel of record per the local rules of Court in Word Perfect format.

    Done this 12th day of March, 2010.

                                              By: s/Katherine Lewis Parker
                                              Katherine Lewis Parker
                                              Legal Director
                                              NC Bar # 36263
                                              American Civil Liberties Union of North Carolina Legal Foundation
                                              P.O. Box 28004
                                              Raleigh, North Carolina 27611
                                              Telephone: (919) 834-3466
                                              Facsimile:  (866) 511-1344
                                              Email: aclunccklp@nc.rr.com